CIV-110

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
G. Dana Scruggs, Esq.  (State Bar # 096152)
Cartwright, Scruggs, Fulton & Walther
340 Soquel Ave., Ste. 215
Santa Cruz, CA 95062
TELEPHONE NO.: (831) 457-1700   FAX NO. (Optional): (831) 457-3788
E-MAIL ADDRESS (Optional): dana@csfwlaw.com
ATTORNEY FOR (Name): David Butler as Cons. of the Person & Estate of Steve A. Butler, Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Cruz
STREET ADDRESS: 701 Ocean Street
MAILING ADDRESS: 701 Ocean Street, Rm. 110
CITY AND ZIP CODE: Santa Cruz  95060
BRANCH NAME:

PLAINTIFF/PETITIONER: David Butler as Cons. of the Person & Estate of Steven A. Butler
DEFENDANT/RESPONDENT: TASER International, Inc., et al.

**REQUEST FOR DISMISSAL**
[X] Personal Injury, Property Damage, or Wrongful Death
[ ] Motor Vehicle  [X] Other
[ ] Family Law  [ ] Eminent Domain
[ ] Other (specify):

FOR COURT USE ONLY

FILED
FEB 10 2010
ALEX... FLO WEINZIMER
BY... DEPUTY, SANTA CRUZ COUNTY

CASE NUMBER: CV161436

EXHIBIT B

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice  (2) [X] Without prejudice
   b. (1) [ ] Complaint  (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):  on (date):
      (4) [ ] Cross-complaint filed by (name):  on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other (specify):* Dismiss the action as it pertains to Proforce Marketing, Inc. ONLY.

2. (Complete in all cases except family law cases.)
   [ ] Court fees and costs were waived for a party in this case. (This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).

Date: February 9, 2010

G. Dana Scruggs, Esq.
(TYPE OR PRINT NAME OF  [X] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

(SIGNATURE)
Attorney or party without attorney for:
[X] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF  [ ] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross-Complainant

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

(To be completed by clerk)
4. [ ] Dismissal entered as requested on (date):
5. [X] Dismissal entered on (date): FEB 10 2010  as to only (name): AS ABOVE  PARTIAL
6. [ ] Dismissal not entered as requested for the following reasons (specify):
7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
       [ ] a copy to be conformed  [ ] means to return conformed copy

Date: FEB 10 2010   ALEX CALVO, Clerk, by FLO WEINZIMER , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

**REQUEST FOR DISMISSAL**

Page 1 of 2
Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal Rules of Court, rule 3.1390
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

**CIV-110**

| PLAINTIFF/PETITIONER: David Butler as Cons. of the Person & Estate of Steven A. Butler | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TASER International, Inc., et al. | CV161436 |

## Declaration Concerning Waived Court Fees

The court has a statutory lien for waived fees and costs on any recovery of $10,000 or more in value by settlement, compromise, arbitration award, mediation settlement, or other recovery. The court's lien must be paid before the court will dismiss the case.

1. The court waived fees and costs in this action for (name):
2. The person in item 1 (check one):
   a. ☐ is not recovering anything of value by this action.
   b. ☐ is recovering less than $10,000 in value by this action.
   c. ☐ is recovering $10,000 or more in value by this action. (If item 2c is checked, item 3 must be completed.)
3. ☐ All court fees and costs that were waived in this action have been paid to the court (check one): ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____              ▶  _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                                (SIGNATURE)