# ECONOMIC IMPACT REPORT

Robert W. Johnson & Associates

4984 El Camino Real Suite 210 Los Altos, CA 94022

**EXHIBIT E**

# PERSONAL INJURY
## Economic Impact Report

### Butler v. TASER International, Inc., et al

Robert W. Johnson & Associates
Los Altos, CA

## Robert W. Johnson & Associates
FORENSIC ECONOMISTS

February 2, 2010

Mr. Dana Scruggs
Cartwright, Scruggs, Fulton & Walther
340 Soquel Avenue
Suite 215
Santa Cruz, CA 95062

Re: Butler v. TASER International, Inc., et al

Dear Mr. Scruggs:

I have examined the information given to Robert W. Johnson & Associates regarding Mr. Steven Butler and his pecuniary losses. Based on this data, I have calculated the present cash value of his economic loss using generally accepted statistical techniques and econometric methods of analysis. My opinion on this matter is set forth below. This economic analysis does not include any possible damages for Mr. Butler's non-economic damages.

This economic loss evaluation presumes several economic relationships regarding interest rates and inflation. These relationships were empirically determined based on over 50 years of post-World War II economic data (please see the discussion of economic assumptions).

|  | Total Expected Value | Total Present Value |
|---|---|---|
| **LIFE CARE PLAN:** |  |  |
| Non-Medical Expenses | $3,197,131 | $2,804,775 |
| Past Attendant Care | $383,868 | $383,868 |
| Medical Expenses | $289,727 | $317,942 |
| **TOTALS:** | $3,870,726 | $3,506,585 |

If I can be of further assistance, please call me.

Very truly yours,


Robert W. Johnson

PERSONAL INJURY - ECONOMIC IMPACT REPORT
REF: Butler v. TASER International, Inc., et al

Name: Mr. Steven Butler

Date of birth: 4/14/1958

Age at date of loss: 52
Gender: Male

Date of loss: 5/1/2010
Date of report: 2/2/2010

This report quantifies the economic damages of this case. It does not include any non-economic damages.

All future losses, expenses, mitigating income, etc. (if applicable), beyond the current year are brought to a present value using the appropriate discount or net discount rates as discussed on the following page(s).

PERSONAL INJURY - ECONOMIC IMPACT REPORT
REF: Butler v. TASER International, Inc., et al

This analysis calculates the present value of Mr. Butler's economic damages, starting 5/1/2010[1], until the end of his life expectancy. This analysis does not consider loss of society or any other non-economic issue. This economist reserves the right to amend this opinion based upon more current or relevant data and evidence admitted at the time of trial.

## LIFE CARE PLAN

### Non-Medical Expenses:

This analysis calculates the present value of the cost of Non-Medical Expenses due to the injuries to Mr. Butler. This analysis estimates that Mr. Butler's Non-Medical Expenses in the years 2010 to 2037 will range from $76,412 to $117,775 per annum based on information supplied by Carol Hyland, Rehabilitation Consultant. Mr. Butler's Non-Medical Expenses are reduced to present value by a net 1.0% discount rate. Mr. Butler's Non-Medical Expenses are calculated until the end of his life expectancy in the year 2037.

### Past Attendant Care[2]:

This analysis estimates Mr. Butler's Past Attendant Care expenses to be $383,868 based on information supplied by Carol Hyland, Rehabilitation Consultant.

### Medical Expenses:

This analysis calculates the present value of the cost of Medical Expenses due to the injuries to Mr. Butler. This analysis estimates that Mr. Butler's Medical Expenses in the years 2010 to 2037 will range from $3,462 to $44,859 per annum based on information supplied by Carol Hyland, Rehabilitation Consultant. Mr. Butler's Medical Expenses are increased by a net 0.7% discount rate. Mr. Butler's Medical Expenses are calculated until the end of his life expectancy in the year 2037.

---

[1] Date of Injury was 10/7/2006. This analysis estimates Mr. Butler's future Non-Medical Expenses and Medical Expenses commencing 5/1/2010.
[2] This analysis estimates Mr. Butler's Past Attendant Care expenses from 11/4/2006 through 4/30/2010.





Decline in the Purchasing Power of $100
1950 - 2008

Robert W. Johnson & Associates

Source: Consumer Price Index, Economic Report of the President, 1991 - 2009



PERSONAL INJURY - ECONOMIC IMPACT REPORT
REF: Butler v. TASER International, Inc., et al

## Non-Medical Expenses

| Year | Non-Medical Expenses | Present Value |
|---|---|---|
| 2010 | 84,569 | 84,569 |
| 2011 | 115,775 | 114,629 |
| 2012 | 117,775 | 115,454 |
| 2013 | 115,775 | 112,370 |
| 2014 | 117,775 | 113,179 |
| 2015 | 115,775 | 110,156 |
| 2016 | 117,775 | 110,949 |
| 2017 | 115,775 | 107,985 |
| 2018 | 117,775 | 108,763 |
| 2019 | 115,775 | 105,858 |
| 2020 | 117,775 | 106,620 |
| 2021 | 115,775 | 103,772 |
| 2022 | 117,775 | 104,519 |
| 2023 | 115,775 | 101,727 |
| 2024 | 117,775 | 102,460 |
| 2025 | 115,775 | 99,723 |
| 2026 | 117,775 | 100,441 |
| 2027 | 115,775 | 97,758 |
| 2028 | 117,775 | 98,462 |
| 2029 | 115,775 | 95,832 |
| 2030 | 117,775 | 96,522 |
| 2031 | 115,775 | 93,943 |
| 2032 | 117,775 | 94,620 |
| 2033 | 115,775 | 92,092 |
| 2034 | 117,775 | 92,756 |
| 2035 | 115,775 | 90,278 |
| 2036 | 117,775 | 90,928 |
| 2037 | 76,412 | 58,410 |
| Total | 3,197,131 | 2,804,775 |

PERSONAL INJURY - ECONOMIC IMPACT REPORT
REF: Butler v. TASER International, Inc., et al

## Past Attendant Care

| Year | Past Attendant Care | Present Value |
|---|---|---|
| 2010 | 383,868 | 383,868 |
| Total | 383,868 | 383,868 |

## PERSONAL INJURY - ECONOMIC IMPACT REPORT
### REF: Butler v. TASER International, Inc., et al

### Medical Expenses

| Year | Medical Expenses | Present Value |
|---|---|---|
| 2010 | 44,859 | 44,859 |
| 2011 | 4,958 | 4,993 |
| 2012 | 5,178 | 5,251 |
| 2013 | 5,245 | 5,357 |
| 2014 | 8,473 | 8,714 |
| 2015 | 4,958 | 5,135 |
| 2016 | 14,294 | 14,909 |
| 2017 | 4,958 | 5,208 |
| 2018 | 8,391 | 8,876 |
| 2019 | 5,274 | 5,618 |
| 2020 | 5,178 | 5,555 |
| 2021 | 5,056 | 5,462 |
| 2022 | 14,562 | 15,843 |
| 2023 | 34,011 | 37,263 |
| 2024 | 5,276 | 5,821 |
| 2025 | 5,245 | 5,828 |
| 2026 | 8,293 | 9,279 |
| 2027 | 5,056 | 5,697 |
| 2028 | 14,323 | 16,254 |
| 2029 | 4,958 | 5,666 |
| 2030 | 5,544 | 6,380 |
| 2031 | 5,245 | 6,079 |
| 2032 | 5,178 | 6,043 |
| 2033 | 5,056 | 5,943 |
| 2034 | 17,409 | 20,606 |
| 2035 | 4,958 | 5,910 |
| 2036 | 34,329 | 41,208 |
| 2037 | 3,462 | 4,185 |
| Total | 289,727 | 317,942 |

# NET DISCOUNT RATES

This report quantifies the economic damages of this case. It does not include non-economic (general) damages.

The future lost wages are brought to a present value using a net discount rate for wages. Simply put, the net discount rate represents the historical relationship between inflation, wage growth, and interest rates. The net discount rates used in this report were determined from post-war (1950 - 2008) U.S. economic data and are illustrated in the attached chart. The economic data for the period of 1950 - 1963 has been adjusted to incorporate post 1963 data set changes.

For future wages the net discount rate is 0.7%. This is based on historical economic trends. Generally, the interest rate has been about 1.0% above the inflation rate. Wages have grown about 0.3% faster than inflation. Hence, the wage growth rate is 0.7% below the interest rate. Thus, 0.7% is the net discount rate for wages.

As a simple example in round numbers, suppose John Doe earned $100 this year and you want to compensate him today for next year's earnings. Also, suppose that the inflation rate will be 5%. Because the interest rate is 1% above the inflation rate, the interest rate will likely be 6%. Similarly, because wages grow 0.5% faster than inflation, Mr. Doe is expected to earn 5.5% more next year, or $105.50. Since the money you give Mr. Doe will earn interest, if you give him $99.50 now, he will have $105.50 in a year. The $99.50 is the present value of his future wages. In addition, in round numbers, the $99.50 can also be arrived at by simply discounting the $100 by 0.5%.

It should be noted that the net discount rate is based on long-term trends and in any particular year these relationships may or may not hold. However, in the long run, these trends are valid.

In cases where the subject's wage growth is assumed to track the national average and he has no expected job changes, the column showing his wages will remain constant after the present year. This is correct. Wage growth, inflation, and interest rates are all accounted for in the discounting process.

Similarly, the anticipated medical costs and other expenses may be brought to a present value using a medical net discount rate that encompasses the inflation rate for medical costs and the interest rate. The net discount rate for future medical expenses is +0.7%.

## PRECEDENTS FOR NET DISCOUNT RATE METHODOLOGY

The following cases support the concept of a net discount rate to account for wage growth, inflation, and interest rates:

Feldman v. Allegheny Airlines, Inc., 524 F. 2d 384 (2d Cir. 1975).

Doca v. Marina Mercante Nicaraguense, S.A., 634 F. 2d 30 (2d Cir. 1980).

Gretchen v. United States, 618 F. 2d 177 (2d Cir 1980).

Espana v. United States, 616 F. 2d 41 (2d Cir. 1980).

Sauers v. Alaska Barge-Transport, Inc., 600 F 2d 238 (9th Cir. 1979).

Pfeifer v. Jones & Laughlin Steel Corp., 462 U.S. 523 (1983).

Culver v. Slater Boat Co., 722 F. 2d 114 (5th Cir. 1983).

# BIBLIOGRAPHY

Bureau of Labor Statistics, CONSUMER EXPENDITURE SURVEY, United States Department of Labor, 1994-1995.

Bureau of Labor Statistics, OCCUPATIONAL OUTLOOK HANDBOOK, United States Department of Labor, current year.

Bureau of Labor Statistics, WORK LIFE ESTIMATES, United States Department of Labor, 1986.

U.S. Census Bureau, STATISTICAL ABSTRACT OF THE UNITED STATES, United States Department of Commerce, current year.

Center for Nutrition Policy and Promotion, EXPENDITURES ON CHILDREN BY FAMILIES, publication number 1528-2007, United States Department of Agriculture, 2007.

Patton, Robert and Nelson, David, "Estimating Personal Consumption Costs in Wrongful Death Cases", in JOURNAL OF FORENSIC ECONOMICS, 4(2) 1991; and Ruble, Michael, Patton, Robert and Nelson, David, "Patton-Nelson Personal Consumption Tables 2005-06" in JOURNAL OF FORENSIC ECONOMICS, 20(3) 2007.

Council of Economic Advisors, ECONOMIC REPORT OF THE PRESIDENT, 1991-2009.

U.S. Census Bureau, CURRENT POPULATION SURVEY, (a) MARCH SUPPLEMENT: EDUCATIONAL ATTAINMENT IN THE UNITED STATES, Table 9, United States Department of Commerce, 1993-2006; (b) ANNUAL SOCIAL AND ECONOMIC SUPPLEMENT, Tables PINC-03 and PINC-04, 1999-2007.

2005 United States Life Tables, Elizabeth Arias, Ph.D. National Center for Health Statistics, 2008.

Peskin, Janice, "Measuring Household Production for the GNP", in FAMILY ECONOMIC REVIEW, Published by the United States Department of Agriculture, 1982(3).

United States Chamber of Commerce Research Center, EMPLOYEE BENEFITS, United States Chamber of Commerce, 2008.