

IT IS SO ORDERED AS MODIFIED

Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BUTLER as Conservator of the Person and Estate of Steven Alan Butler,<br><br>Plaintiff,<br><br>vs.<br><br>TASER INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  C 10-00644 JW<br><br>STIPULATION TO REMAND CASE and [PROPOSED] ORDER |

The parties hereby stipulate to remand the above-captioned action to Santa Cruz County Superior Court. The parties now stipulate that removal of this case on February 16, 2010, was untimely under 28 U.S.C. § 1446(b). Thus, immediate remand to state court is appropriate and requested.

DATED: February 22, 2010

Respectfully submitted,

MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP

By: /s/ Mildred K. O'Linn

Mildred K. O'Linn, Esq., No. 159055
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com

Attorneys for Defendant
*TASER International, Inc.*

THE LAW OFFICE OF JOHN BURTON

By: [signature]

John Burton, No. 86029
THE LAW OFFICE OF JOHN BURTON
414 South Marengo Avenue
Pasadena, CA 91101
Telephone: (626) 449-8300
Facsimile: (626) 449-4417
jb@johnburtonlaw.com

Attorneys for Plaintiff

**\*\*\* ORDER \*\*\***

Pursuant to the parties' Stipulation, and for good cause shown, the Clerk of Court shall immediately remand this action to the Santa Cruz County Superior Court and close this file. In light of this Order, all pending Motions are DENIED as moot. (Docket Item Nos. 3, 9.)

Dated:  February 23, 2010

JAMES WARE
United States District Judge

3