**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

February 23, 2010

*Superior Court County of Santa Cruz*
*701 Ocean Street Rm. 110*
*Santa Cruz, CA., 95060*

RE:  CV 10-00644 JW     DAVID BUTLER-v-TASER INTERNATIONAL, INC.
        Your Case Number: (***CV161436***)

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      by:  Cindy Vargas
      Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg